IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENJAMIN MUHAMMAD,                                                                          PLAINTIFFS
ADC #089586, et al.

v.                                          5:14CV00375-JM-JTK

RAY HOBBS, et al.                                                                            DEFENDANTS

## ORDER

The Motions to Dismiss filed by co-Plaintiffs Zakie Quadir and Toby Robinson (Doc. No. 16, 17) are GRANTED.  These two Plaintiffs are dismissed from this action, without prejudice.

Plaintiff Benjamin Muhammad's Motion to Dismiss the remaining co-Plaintiffs (Doc. No. 21) is GRANTED.[1]  Plaintiffs Ricky Randle Shabazz, Tracy Kent Novak, Willie Clay Smith, and Darlyl Dennison are dismissed from this action, without prejudice.

IT IS SO ORDERED this 12th day of November, 2014.

_____
JAMES M. MOODY, JR.
UNITED   STATES   DISTRICT   JUDGE

---

[1] Plaintiff indicates in this Motion that he intended to name these individuals as hostile witnesses only.  (Doc. No. 21)