# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BENJAMIN MUHAMMAD,     PLAINTIFF
ADC #089586

v.     5:14CV00375-JM-JTK

RAY HOBBS, et al.     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections[1] received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA.

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of February, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed Plaintiff's Motion for Preliminary Injunction (ECF No. 57) and deems it to be an objection to the proposed findings and recommendations.